# Court of Appeals of the State of Georgia

ATLANTA,  May 06, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1606. SHAWN SUTTLE v. RADCO RESIDENTIAL.

In this dispossessory action, the trial court issued an order requiring defendant Shawn Suttle to pay rent into the court registry on October 1, 2024. Suttle filed a notice of appeal of this order on November 1, 2024. We lack jurisdiction because, even assuming that a direct appeal is proper,[1] this appeal is untimely. Appeals in dispossessory actions must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56 (b) (1); *Stubbs v. Local Homes, LLC*, Case No. A25A0036, slip op. at 4, 8 (decided Apr. 22, 2025). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Yanes v. Escobar*, 362 Ga. App. 896, 898 (870 SE2d 506) (2022). Because Suttle filed this appeal 31 days after entry of the trial court's order, the appeal is untimely and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/06/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] It appears that when Suttle filed the notice of appeal, the issue of possession remained pending before the trial court.